IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| KYRA M. COOK, | § | |
|     Plaintiff, | § | |
| | § | |
| V. | § | No. 3:23-CV-1502-G-BW |
| | § | |
| COSTCO WHOLESALE | § | |
| CORPORATION, | § | |
|     Defendant. | § | |

## ORDER

Before the Court is Plaintiff Kyra M. Cook's December 12, 2024 Renewed Motion to Appoint Counsel pursuant to 28 U.S.C. § 1915(e)(1). (Dkt. No. 48 ("Motion").) On this date, the undersigned issued Findings, Conclusions, and Recommendation of the United State Magistrate Judge concluding that the parties entered into a binding settlement agreement on October 11, 2024, and recommending enforcement of the settlement agreement. (Dkt. No. 51.) In light of this recommendation, Cook's renewed motion is **DENIED AS MOOT** without prejudice. Cook may reurge the motion if the Court ultimately declines to enforce the settlement agreement and dismiss this action.

**SO ORDERED** on January 8, 2025.

_____
BRIAN McKAY
UNITED STATES MAGISTRATE JUDGE