IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| KYRA M. COOK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| VS. | ) | CIVIL ACTION NO. |
| | ) | |
| COSTCO WHOLESALE CORPORATION, ET AL, | ) | 3:23-CV-1502-G-BW |
| | ) | |
| Defendants. | ) | |

### ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation ("FCR") in this case. *See* docket entry 76. The District Judge has made a *de novo* review of those portions of the FCR to which objections were made and has reviewed all other portions of the FCR for plain error. The objections are overruled, and the court finds no plain error with respect to the remainder of the FCR. The court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and **GRANTS** the defendant Costco Wholesale Corporation ("Costco")'s second motion to enforce settlement (docket entry 60).

It is **ORDERED** that:

1.	Within three business days of this order, Costco shall present to the Clerk of Court a check from the defendant in the amount of $17,400.00, which are

settlement funds in this civil action, and file notice of same. The court **DIRECTS** that the Clerk of Court is authorized to accept and deposit the settlement funds the into the registry of the court pending the consummation of the settlement agreement or other resolution of this matter.

    2.    Within 60 days of this order, the plaintiff Kyra M. Cook ("Cook") shall sign and tender to Costco an unaltered copy of the Full and Final Release and Confidentiality Agreement ("Release") filed with the FCR. *See* docket entry 76-1.

    3.    Promptly upon receipt of the signed Release, Costco shall file notice of receipt of same, at which time the court will authorize disbursement of the settlement funds to Cook. If after 60 days Cook has not tendered a signed Release, the court will consider Cook to have forfeited the settlement funds, at which time Costco may request return of the settlement funds, and this matter will be closed.

    **SO ORDERED**.

January 12, 2026.

                                    */s/ A. Joe Fish*
                                    **A. JOE FISH**
                                    **Senior United States District Judge**