IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| KYRA M. COOK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| VS. | ) | CIVIL ACTION NO. |
| | ) | |
| COSTCO WHOLESALE | ) | 3:23-CV-1502-G-BW |
| CORPORATION, ET AL, | ) | |
| | ) | |
| Defendants. | ) | |

### ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation ("FCR") in this case. *See* docket entry 92. The District Judge has made a *de novo* review of those portions of the FCR to which objections were made and has reviewed all other portions of the FCR for plain error. The objections are overruled, and the court finds no plain error with respect to the remainder of the FCR. The court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. Accordingly, the plaintiff's motion for leave to file reply (docket entry 90) is **GRANTED**,[*] and the plaintiff's motion to extend time to file notice of appeal (docket entry 85) is **DENIED**.

---

[*] The Clerk of Court is **DIRECTED** to file the plaintiff's reply, together with supporting exhibits, attached to the motion.

**SO ORDERED**.

March 19, 2026.

A. Joe Fish

**A. JOE FISH**
**Senior United States District Judge**