IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

KYRA M. COOK,                          )
                                       )
            Plaintiff,                 )
                                       )
VS.                                    )          CIVIL ACTION NO.
                                       )
COSTCO WHOLESALE                       )          3:23-CV-1502-G-BW
CORPORATION, ET AL.,                   )
                                       )
            Defendants.                )


### ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case.  No objections were filed.  The District Judge reviewed the proposed findings, conclusions, and recommendation for plain error.  Finding none, the court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and **GRANTS** the plaintiff Kyra M. Cook's motion for order releasing settlement funds (docket entry 100).  Accordingly, the Clerk of Court is **AUTHORIZED** to send the settlement proceeds and any interest thereon held in the court registry to:  Kyra M. Cook, 8513 Sawgrass Lane, Rowlett, Texas 75089.

**SO ORDERED**.

June 4, 2026.

_____
**A. JOE FISH**
**Senior United States District Judge**